

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| DEBORAH L. MADDOX, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 8:07-3696-HFF-BHH |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| Defendant. | § | |

# ORDER

This case was filed as a Social Security action. Both parties are well represented by excellent counsel. The matter is before the Court for review of the Supplemental Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Defendant's decision regarding Plaintiff's Disability Insurance Benefits (DIB) be reversed under sentence four of 42 U.S.C. §§405(g) and 1381(c)(3), with a remand of the cause to Defendant for further proceedings as set forth in the Report. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on February 6, 2009, but the parties have indicated that they will not be filing objections. In the absence of such objections, the Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court that Defendant's decision regarding Plaintiff's DIB be **REVERSED** under sentence four of 42 U.S.C. §§405(g) and 1381(c)(3), with a **REMAND** of the cause to Defendant for further proceedings as set forth in the Report.

**IT IS SO ORDERED**.

Signed this 12th day of February, 2009, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE